## CLAYTON et al. v. JOHN MITCHELL.

Court of Chancery. Kent. September 26, 1826.

*Ridgely's Notebook V, 148.*

## JOHN NEWBOLD v. MICHAEL NEWBOLD, THOMAS NEW-BOLD, and WILLIAM BLACK, JR., Executors of Thomas Newbold, and the FARMERS' AND MECHANICS' BANK in the City of Philadelphia.

Court of Chancery. New Castle. October, 1826.

*Ridgely's Notebook V, 155.*

[For this case, see 1 Del.Ch. 310.]

## MARTHA DICK, by her Trustee, JAMES BRADFORD, v. THE HEIRS AND ADMINISTRATORS OF WILLIAM DOUGHTEN.

Court of Chancery. New Castle. March 7, 1827.

*Ridgely's Notebook V, 242.*

[For this case, see 1 Del.Ch. 320.]